Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

3 So.2d 916

## Manning BAXTER v. STATE.
### 7 Div. 601.

Court of Appeals of Alabama.
June 24, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 916

## Manning BAXTER v. STATE.
### 7 Div. 609.

Court of.Appeals of Alabama.
June 30, 1941.

W. T. Starnes, of Pell City, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

10 So.2d 56

## Roosevelt BEARDEN v. STATE.
### 5 Div. 137.

Court of Appeals of Alabama.
March 3, 1942.

Rehearing Denied June 23, 1942.

Gerald & Gerald, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 897

## Roosevelt BEARDEN·v. STATE.
### 5 Div. 138.

Court of Appeals of Alabama.
Nov. 23, 1941.

Rehearing Denied March 3, 1942.

Gerald & Gerald, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 923

## Jasper BEAVERS v. CITY OF ANNISTON.
### 7 Div. 565.

Court of Appeals of Alabama.
March 18, 1941.

Hugh D. Merrill, Jr., of Anniston, for appellee.

SIMPSON, Judge.
Affirmed.